UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS J. ELLIS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-01225-X |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| WELLS FARGO HOME | § | |
| MORTGAGE, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Plaintiff's Motion for Remand, filed June 18, 2021 [Doc. No. 8], is **DENIED**.

**IT IS SO ORDERED** this 26th day of October, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1